August 31, 2006

Mr. John P. Mobbs
Attorney at Law
4157 Rio Bravo
El Paso, TX 79902
Mr. Ken Slavin
Kemp Smith, LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901

RE: Case Number: 05-0534
 Court of Appeals Number: 08-04-00001-CV
 Trial Court Number: 99-1459

Style: RICHARD M. ROSS
 v.
 NATIONAL CENTER FOR THE EMPLOYMENT OF THE DISABLED, AS SUCCESSOR IN
 INTEREST TO ACCESS HEALTHSOURCE, INC., ASSIGNEE OF O.R. BROOKER, ET
 AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment. Respondent's motion to dismiss petition for
review is denied.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Waldo |
| |Alarcon |